**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| GREGORY THOMPSON, et al. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:15-cv-526-JRG-RSP |
| | § | |
| NOMAC DRILLING, LLC | § | |
| | § | |
| Defendants. | § | |
| | § | |

## MEMORANDUM ORDER

Currently before the Court is Defendant Nomac Drilling, LLC's Motion to Compel Arbitration and to Dismiss or Stay Proceedings (Dkt. No. 6), which is hereby GRANTED IN PART as follows.

This matter is hereby stayed pending disposition of the Motion to Compel Arbitration. In accordance with the Unopposed Motion to Continue Evidentiary Hearing (Dkt. No. 19), the hearing on the Motion to Compel Arbitration is continued until **June 9, 2016 at 1:00 p.m.**

The parties are granted leave to engage in discovery related to the issues presented by the Motion to Compel Arbitration and Plaintiffs' defenses thereto.

**SIGNED this 22nd day of March, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE